**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7273**

---

ROBERT BURKE,

Petitioner - Appellant,

versus

WARDEN, FEDERAL CORRECTIONAL INSTITUTION
EDGEFIELD,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-03-2543-6-20AK)

---

Submitted:  November 4, 2004        Decided:  November 10, 2004

---

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant.
Christie Newman, OFFICE OF THE UNITED STATES ATTORNEY, Columbia,
South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Burke, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Burke v. Warden, FCI Edgefield</u>, No. CA-03-2534-6-20AK (D.S.C. July 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>